# Exhibit A

Case 2:22-cv-01363-KJM-CKD   Document 1-1   Filed 08/04/22   Page 1 of 26



US007839302B2

(12) **United States Patent**
Staniszewski

(10) Patent No.: **US 7,839,302 B2**
(45) Date of Patent: **Nov. 23, 2010**

(54) **VEHICLE PARKING ASSISTANCE ELECTRONIC TIMER SYSTEM AND METHOD**

(76) Inventor: **John T. Staniszewski**, 378 Garretson Ave., Staten Island, NY (US) 10305

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 839 days.

(21) Appl. No.: **11/580,811**

(22) Filed: **Oct. 14, 2006**

(65) **Prior Publication Data**

US 2007/0188349 A1    Aug. 16, 2007

(51) **Int. Cl.**
*B60Q 1/48*          (2006.01)

(52) **U.S. Cl.** ............................... **340/932.2**; 340/309.16

(58) **Field of Classification Search** .............. 340/932.2, 340/933, 539.1, 309.16, 309.7, 905, 5.9, 340/937; 235/384; 701/1, 209, 210; 705/13, 705/37
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,197,524 A | 4/1980 | Salem | |
| 4,476,469 A | 10/1984 | Lander | |
| 4,641,125 A | 2/1987 | Pesa | |
| 4,879,553 A | 11/1989 | Right | |
| 5,278,395 A | 1/1994 | Benezet | |
| 5,438,555 A | 8/1995 | Kim | |
| 5,442,348 A | 8/1995 | Mushell | |
| 5,475,368 A | 12/1995 | Collins | |
| 5,589,812 A | 12/1996 | Jones | |
| 5,630,206 A | 5/1997 | Urban et al. | |
| 5,642,095 A | 6/1997 | Cook | |

| | | | | |
|---|---|---|---|---|
| 5,691,932 A | 11/1997 | Reiner et al. | | |
| 5,705,977 A | 1/1998 | Jones | | |
| 5,926,090 A | 7/1999 | Taylor et al. | | |
| 5,982,520 A | 11/1999 | Weiser et al. | | |
| 6,060,980 A | 5/2000 | Bedol | | |
| 6,102,285 A | 8/2000 | Elias | | |
| 6,114,953 A | 9/2000 | Martin | | |
| 6,166,652 A | 12/2000 | Benvenuti | | |
| 6,188,311 B1 | 2/2001 | Rothschild | | |
| 6,191,682 B1 | 2/2001 | Wolfgang | | |
| 6,265,974 B1 | 7/2001 | D'Angelo et al. | | |
| 6,351,207 B1 | 2/2002 | Mik et al. | | |
| D458,017 S | 6/2002 | Yehudai | | |
| 6,400,358 B1 | 6/2002 | Carter | | |
| 6,526,335 B1 | 2/2003 | Treyz et al. | | |
| 7,181,426 B2 * | 2/2007 | Dutta .......................... | 705/37 | |
| 2002/0029164 A1* | 3/2002 | Sugar et al. .................. | 705/13 | |
| 2002/0044055 A1 | 4/2002 | Maloney | | |
| 2004/0068433 A1* | 4/2004 | Chatterjee et al. ............. | 705/13 | |

* cited by examiner

*Primary Examiner*—Van T. Trieu
(74) *Attorney, Agent, or Firm*—Barley Snyder LLC

(57) **ABSTRACT**

An electronic timer system includes a first unit. The first unit includes a memory device configured to store predetermined parking rule data, a timer device configured to determine at least one of a day, a date and a time of day, and an alert device configured to emit an alert in accordance with the predetermined parking rule data and based on at least one of the day, the date and the time of day determined by the timer device. A method includes storing predetermined parking rule data in a memory device, determining at least one of a day, a date and a time of day, and emitting an alert in accordance with the predetermined parking rule data stored in the storing step and at least one of the day, the date and the time of day determined in the determining step.

**12 Claims, 13 Drawing Sheets**





**FIG. 1A**



**FIG. 1B**



**FIG. 1C**



**FIG. 2A**



**FIG. 2B**



FIG. 3A



**FIG. 3B**



**FIG. 3C**



**FIG. 3D**



**FIG. 4**



FIG. 5



FIG. 6



**FIG. 7**

**1**

## VEHICLE PARKING ASSISTANCE ELECTRONIC TIMER SYSTEM AND METHOD

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims the benefit of U.S. non-provisional patent application Ser. No. 11/352,677 filed Feb. 13, 2006 now U.S. Pat. No. 7,123,167 which is expressly incorporated herein in its entirety by reference thereto which, in turn, claimed the benefit U.S. non-provisional patent application Ser. No. 10/678,195 filed Oct. 2, 2003 now U.S. Pat. No. 7,023,360 which was expressly incorporated therein in its entirety by reference thereto which, in turn, claimed the benefit of U.S. provisional Patent Application No. 60/416,555, filed on Oct. 7, 2002, which was expressly incorporated therein in its entirety by reference thereto. The present application is related to Disclosure Documents Nos. 517,091, 517, 466, 519,560 and 534,245, filed in the United States Patent and Trademark Office, each of which is expressly incorporated herein in its entirety by reference thereto.

### FIELD OF THE INVENTION

The present invention relates to an electronic timer system and method.

### BACKGROUND INFORMATION

Owning and operating a motor vehicle may be expensive, and with the cost of parking tickets and other avoidable fines and citations, the cost may be significantly increased. Drivers often have to remember an increasing number of periodically changing and special driving and parking regulations in order to avoid violating any vehicle-related ordinances. Lack of timely, updated information or reminders regarding the appropriate regulations may be a problem for some drivers who are already juggling many other responsibilities.

U.S. Pat. No. 4,641,125 is believed to describe a meter beater timer that alerts the user when a predetermined time interval has expired. The user is reminded to set the timer when he withdraws the key from the ignition, by a key chain attachment that retracts into a timer housing when the key is removed, thereby depressing a plunger, which sets off an alarm.

U.S. Pat. No. 5,438,555 is believed to describe a multi-purpose key ring including a pouch to hold coins and a timer that may be set to select one of a choice of time periods, at the end of which a signal sounds.

U.S. Pat. No. 6,114,953 is believed to describe an automotive accessory reminder device for vehicle key rings including an integrated processor programmable to provide reminder information in a variety of operating modes including, mileage, date, parking location, parking meter expiration, event status and lost key recovery assist.

U.S. Pat. No. 6,400,358 is believed to describe a portable electronic parking location reminder device that may be carried on a key chain or key ring, including an electronic display screen and a battery powered micro-controller with memory and timer features.

U.S. Published Patent Application No. 2002/0044055 is believed to describe an object carrier for an object control and tracking system including a storage receptacle for receiving ID tags bearing touch memory devices and a computer based controller that detects the absence or presence and the identity of ID tags in the storage receptacle.

**2**

### SUMMARY

According to an example embodiment of the present invention, an electronic timer device and an associated base unit may be programmed to remind the owner of a car of day(s) and/or time(s) that parking restrictions are in effect, for example, alternate side of the street parking restrictions. The electronic timer device may store predetermined information regarding the street name, locations, days and hours that parking is permitted or restricted based on municipal or other regulations, rules, and/or ordinances. By comparing this predetermined information to the present time and date, the electronic timer device may remind the user when and where to park his or her vehicle.

The electronic timer device may also remind the car owner that parking meter time is about to expire, and/or to alert the owner of other events, e.g., scheduled maintenance, oil change, annual inspection, registration renewal, etc. or general date/time entries. The electronic timer device may also provide for additional data storage, e.g., address and telephone directory. The alert may be made by sound, vibration and/or visual indication. A display, which may be illuminated, may be provided to display time, day, date, etc. The electronic timer device may be set to alert the owner at a predetermined time before the event, e.g., 0, 5, 10, and/or 15 minutes before expiration of parking meter time. Access to alerts and other functionality may be restricted by password access. The electronic timer device may also include slots for holding coins.

A honing device may be provided so that activation of the base unit may cause the electronic timer device to provide an alert to aid in finding lost keys or other articles attached to the electronic timer device. Rechargeable batteries may be provided in the electronic timer device with a recharger unit located in the base unit. The electronic timer device may provide an alert when battery charge is nearly depleted and as a reminder to recharge the battery. The memory of electronic timer device may be non-volatile to prevent data loss.

The electronic timer device may be provided with a sound/signal device so that if the owner locks the electronic timer device in the car, the owner can tap on the car window in a programmable sequence to unlock the car door.

The electronic timer device may be connectable to a computer via a swing-out, pop-up, retractable, etc. connector (e.g., for connection to a USB device). Additional memory may be provided in the electronic timer device for transportation of data files.

The base unit may facilitate use of the electronic timer device, for example, by storing and charging the electronic timer device when it is not in use, or updating information stored in the electronic timer device. The base unit may also be used independently, as it is designed to perform all of the same functions as the electronic timer device, as well as additional functions, including, for example, an alarm clock function.

According to an exemplary embodiment of the present invention, the electronic timer device may have a changeable rectangular housing with several attachments, such as a key holder, a hinged arm with a connection device, a light emitting device, a chargeable connection, a car adapter slot, a hinged flap. A processor device, a wireless connection device, and a thermometer device may be housed in the housing.

According to another exemplary embodiment of the present invention, the electronic timer device may have a housing including a hinged cover, which may be opened to provide access to a display window and keypad. The keypad may include timer buttons, alarm selection buttons, mode

US 7,839,302 B2

**3**

selection buttons, clock buttons, count buttons, sound buttons, vibrate buttons, strobe buttons, and flash light buttons.

According to another exemplary embodiment of the present invention, the electronic timer device may have calculator type buttons, a display, a sliding cover with windows, security code entry buttons, a camera, a speaker, a radio tuner, and a headset attachment.

According to another exemplary embodiment of the present invention, the electronic timer device may have an outer housing into which an inner housing is arranged so that it may slide into and out of the outer housing. The outer housing may include windows so that various components of inner housing may still be exposed when the inner housing has been inserted into outer housing. A rechargeable battery and an interface may also be included.

According to another exemplary embodiment of the present invention, the electronic timer device may operate several menu display sequences stored in a memory device regarding information, such as parking and parking meter information, alarm information, oil change information, inspection date information, additional reminder information, honing device controls, phone bank information, calendar setting information, alarm setting information and external device connection information. The memory device may store, e.g., scheduling information, e.g., a garbage pick-up schedule, a mail or other delivery schedule, other regularly set schedules, etc. The memory device may store credit and/or debit card information and may be usable in replace of credit and/or debit cards.

The electronic timer device may include a projection device for projecting information onto a surface. For example, the electronic timer device may include a projection light configured to project, e.g., time, date, alarm selections, etc., onto a wall.

According to another exemplary embodiment of the present invention, the electronic timer device may have a housing that includes one or more quarter slots, a battery, a charging port, a memory card, and an external device connector. The electronic timer device may be in the form of, e.g., a watch, and/or may be integrated into, e.g., a watch.

According to another exemplary embodiment of the present invention, the electronic timer device may include an electronic timer device base unit, which may be programmed simultaneously with the electronic timer device, or at a later time. The base unit may perform the same functions as the electronic timer device, and may be programmed in the same manner as the electronic timer device. Therefore, the same data entry options and menu sequences may be accessed using the base unit that may be accessed using the electronic timer device. This data may be entered into both the electronic timer device and the base unit at once, when the devices are coupled, or they may be periodically synchronized, automatically, or when the user initializes a synchronization. The base unit may communicate with other accessories to the system.

According to another exemplary embodiment of the present invention, the electronic timer device may include a housing formed with two sections connected by, for example, a friction: hinge, such that a bottom section may lay flat and support a top section, which may be positioned upright. The electronic timer device may also include a display surface with virtual or touch screen buttons, light emitting devices, speaker, menu buttons and menu arrows, a meter set button, an alarm off button, and an alarm demo button.

According to another exemplary embodiment of the present invention, the electronic timer device may include a

**4**

scrolling electronic display, which scrolls menu information and messages and a rows of buttons used for entering information.

The electronic timer device and/or the base unit may include, e.g., temperature functions, weather functions, a compass, AM and/or FM radio receivers, a compact disc player, a record player, other device(s) for recording and/or playing voice, music, video, computer files, a game, snooze alarm capabilities, a sensory alarms, e.g., aroma, olfactory, vibration, sound, (i.e., seeing, hearing, tasting, touching, and/or smelling), gradually increasing and/or decreasing light and sound abilities. The electronic timer device and/or base unit may be connectable to a home compute and/or a remote system, e.g., an alarms, light controls, appliances, etc. The electronic timer device and/or remote unit may be connectable to a vehicle systems, e.g., an alarm, start-up, heat, radio, TV/video, other remote devices, etc. The electronic timer device and/or base unit may include sport watch capabilities, health capabilities, e.g., pulse rate, distance measurement, caloric counter, blood pressure, medicine reminder, etc. and stopwatch features. The electronic timer device and/or the base unit may include 12/24 hour military time selection, a world time zone selector for world and travel use, memory chip and/or computer functions and hook up for, e.g., Internet, wireless, etc. communication. The electronic timer device and/or the base unit may be operable by voice control, may include camera, video and/or audio record, storage, playback capabilities. The electronic timer device and/or the base unit may include cell phone, messaging, live video, conferencing and/or wireless capabilities. The electronic timer device and/or the base unit may be connectable to systems, such as a monitoring or assistance service {e.g., ONSTAR®-, LOJACK®-, etc.), a map system or service, a research system or service, a computer device, telephone lines and/or devices, etc. The electronic timer device and/or base unit may include a dictionary, a thesaurus, a language translator, a calculator, etc.

According to an example embodiment of the present invention, an electronic timer system includes a first unit, the first unit having a memory device configured to store predetermined parking rule data, a timer device configured to determine at least one of a day, a date and a time of day and an alert device configured to emit an alert in accordance with the predetermined parking rule data and based on at least one of the day, the date and the time of day determined by the timer device.

The predetermined parking rule data may include data representing municipal parking regulations.

The predetermined parking rule data may include data representing on-street parking regulations.

The predetermined parking data may include at least one of day, date and time data.

The memory may be configured to store data relating to at least one of vehicle maintenance, an address, a telephone number, an appointment and a calendar entry.

The electronic timer system may include a user interface, and the user interface may be configured to process a security code to activate the first unit.

The alert device may be configured to be automatically activated at least one predetermined time interval before a time indicated by the predetermined parking rule data.

The electronic timer system may include a rechargeable battery adapted to provide electrical power to the first unit.

The electronic timer system may include a connection device configured to logically couple the first unit to an external device.

**5**

A surface of the first unit includes at least one indented area configured to hold at least one coin.

The electronic timer system may include a sound-activated device configured to be coupled to a vehicle door locking and unlocking mechanism and configured to be activated by a predetermined sound pattern occurring in a vicinity of the sound activated device to operate the vehicle door locking and unlocking mechanism.

The electronic timer system may include a second unit remote from the first unit, and the second unit may include a communication device configured to at least one of transmit and receive a signal between the first unit and the second unit.

The electronic timer system may include a second unit remote from the first unit, and the second unit may be electrically and logically coupleable with the first unit.

The electronic timer system may include a position location device configured to determine a parking location of a vehicle and an arrangement configured to determine the predetermined parking rule data in accordance with the parking location determined by the position location device.

In accordance with an example embodiment of the present invention, an electronic timer system includes a first unit, the first unit having memory means for storing predetermined parking rule data, timing means for determining at least one of a day, a date and a time of day, and alerting means for emitting an alert in accordance with the predetermined parking rule data and based on at least one of the day, the date and the time of day determined by the timing means.

In accordance with an example embodiment of the present invention, a method includes storing predetermined parking rule data in a memory device, determining at least one of a day, a date and a time of day, and emitting an alert in accordance with the predetermined parking rule data stored in the storing step and the at least one of the day, the date and the time of day determined in the determining step.

The method may include determining a parking location of a vehicle, and determining the predetermined parking rule data in accordance with the parking location of the vehicle determined in the determining step.

In accordance with an-example embodiment of the present invention, an electronic device may include an alert device configured to emit an alert in accordance with predetermined parking rule data and based on at least one of a current day, a current date and a current time of day determined by a timer device.

In accordance with an example embodiment of the present invention, a method may include emitting an alert in accordance with predetermined parking rule data and in accordance with at least one of a current day, a current date and a current time of day.

It should be understood that the electronic device may be a separate unit or may be a general purpose computer, e.g., a desktop computer, a laptop computer, a hand-held computer, a PDA, a cordless telephone, a wireless telephone, a television, other electronic device, etc. Furthermore, any combination of electronic components, hardware and/or software may be arranged as the electronic timer device and/or arranged to perform the method. For example, software may be provided to be downloaded and/or input into any electronic device so that the electronic device is operable as the electronic timer device and/or to perform the method.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A shows an exemplary embodiment of an electronic timer device.

**6**

FIG. **1**B shows another exemplary embodiment of an electronic timer device.

FIG. **1**C shows another exemplary embodiment of an electronic timer device.

FIG. **2**A shows a front view of another exemplary embodiment of electronic timer device.

FIG. **2**B shows a back of the exemplary embodiment of electronic timer device shown in FIG. **2**A.

FIG. **3** shows an exemplary embodiment of several menu display sequences.

FIG. **4** shows another exemplary embodiment of an electronic timer device housing.

FIG. **5** shows an exemplary embodiment of an electronic timer device base unit.

FIG. **6** shows another exemplary embodiment of an electronic timer device.

FIG. **7** shows another exemplary embodiment of an electronic timer device.

DETAILED DESCRIPTION

An exemplary embodiment of an electronic timer device **100** is shown in FIG. **1**A. The housing **101** of the electronic timer device **100** may be formed of a durable and/or waterproof material, such as plastic or metal, so that it may withstand being accidentally dropped or stepped on, and protect the internal components from the environment, for example, rain. The housing **101** may be formed from any material that may be constructed, for example, molded or extruded, to form such a covering. The housing **101** may be in the-shape of, for example, a rectangle similar in dimension to a credit card. The housing **101** may be formed so that it is, for example, one half of an inch to one inch thick. Other shapes are possible, and the housing **101** may be formed into any shape that will allow for the inclusion of the other features of the electronic timer device **100**. The housing **101** may be changeable, so that the user may select from housings of different colors and artistic designs in order to coordinate with a color scheme or theme. The housing **101** may be shaped in a practical form, such as stopwatch shape or wristwatch shape, with associated straps and/or cords. The housing **101** may be shaped in a whimsical form, such as, the shape of a sports car or in the likeness of an imaginary human meter attendant.

The electronic timer device **100** may include several attachments. The exemplary embodiment of FIG. **1**A shows a key holder **102** which may be attached to the housing **101** of the electronic timer device **100** so that it may be easily attached to keys, other key-chains, wallets or purse attachments, etc. Other structures configured to hold a key may also be used as key holder **102**, such as hook or loop with a hinged, screw, or magnetic type of opening.

FIG. **1**A also shows hinged arm **103**, which may include, a connection device **104**, for example, a USB port attachment. One or more connection device(s) **104** may be connected to one or more hinged arm(s) **103**. Hinged arm **103** may be designed to lie in an indentation **105** formed in housing **101** when not in use, such that, for example, in a closed position, its outer edge lies flush with the side of the housing **101**. Hinged arm **103** may be rotated outward such that the connection device **104** is exposed and may be used in an open position. One of the connection device(s) **104** may be used to connect the electronic timer device **100** to a computer, or other remote system. One of the connection device(s) **104** may be used to connect the electronic timer device **100** to a standard phone line. One of the connection device(s) **104** may be used to connect the electronic timer device **100** to one or more devices **106** installed in a home or place of business that

7

control functions within the building, such as an alarm, or a light control, air conditioning controller, or other appliance. One of the connection device {s} **104** may be used to connect the electronic timer device **100** to vehicle systems **107**, such as, alarms, engine start up devices or other vehicle system start up devices (e.g., heat or A/C), radios, TV/video arrangements, garage door openers, and/or other remote systems.

FIG. **1**A also shows light emitting device **110**, which may act as a flash light and/or flash-blinking beacon or strobe in accordance with an alarm or reminder, when selected. Light emitting device **110** may have gradually increasing/decreasing light capabilities.

Chargeable connections **112** may also be included in housing **101**, where the electronic timer device **100** may be connected in a chargeable fashion to the base unit described below. A car adapter slot **131** may also be included in housing **101**, where the electronic timer device **100** may be coupled to an electronic power source in a vehicle, such as the cigarette lighter with an extension cord attachment, or any other available power source.

FIG. **1**A also shows a hinged flap **116**, which may be lifted to expose other features of the electronic timer device **100**.

A memory device **115**, for example, a RAM, and a processor device **117**, which is capable of performing computer functions, such as running software programs, may be housed within housing **101**. Processor device **117** may include memory device **115**. The processor device **117** may be programmed to remind the owner of a car of day(s) and/or time(s) that parking restrictions are in effect, for example, alternate side of the street parking restrictions. The electronic timer device **100** may store predetermined information regarding the street name, locations, days and hours that parking is permitted or restricted, and types of vehicles that are permitted or prohibited from parking (e.g., trucks, taxis), based on municipal, private or other regulations, rules, and/or ordinances. By comparing/this predetermined information to the present time and date, the electronic timer device **100** may remind the user when and/or where to park his or her vehicle. The information may include, e.g., time-related information, day-related information, date-related information, location-related information, city-related information, state-related information, county-related information, locality-related information, municipality-related information, a combination thereof, etc.

The electronic timer device **100** may be connectable to a remote service, i.e., remote relative to the electronic timer device **100**, to receive data relating to predetermined parking rules. This connection may include, e.g., a wireless connection, a radio connection, a wired communication, a telephone communication, a computer network communication, a satellite communication, etc. Via the connection, data relating to existing parking rules, data relating to revised parking rules, revised data relating to existing parking rules, data relating to suspension of parking rules, etc. may be transmitted to the electronic timer device **100**.

A wireless connection device **118** may also be housed within housing **101**, enabling the electronic timing device **100** to have Internet or wireless communication capabilities. Therefore, the electronic timer device **100** may function as a cell phone, and/or be equipped with voice control programming. Furthermore, navigation system and/or software, GPS system and/or software, and/or compass and directional capabilities may be provided. The electronic timer device **100** may be programmed and/or configured to determine location by the GPS or other location system and to determine, e.g., directly and/or in communication with a remote service or system, parking rules and/or regulations in effect at the loca-

8

tion of the vehicle based on position determination made in accordance with the GPS system or other location system. The electronic timer device **100** may include the GPS device or other location system, an interface to an external GPS device or other location system, mapping software and data, etc. Using memory device **115** and processor device **117**, databases may be stored in the electronic timer device **100**, such as dictionaries, thesauruses, language translators, or various types of calculators. Furthermore, weather information, which may be periodically updated using the wireless or Internet connections, may be provided, as well as temperature recordings, using for example, a thermometer device **119** provided within the housing.

FIG. **1**B shows an exemplary embodiment of an electronic timer device **100** where the housing **120** includes a hinged cover **131** which may be opened to provide access to a display window **123** and keypad **125**. The keypad **125** may include timer buttons **126**, alarm selection buttons **127**, and mode buttons **128**. Timer buttons **126** may include, for example, an hour set button **131**, a ten minute set button **132**, and a one minute set button **133**. Therefore, for example, pressing the hour set button **131** once may change the displayed hour setting by one hour increments, and pressing the ten minute set button **132** may change the displayed minute setting by ten minute increments, etc. Other increments of time may be used, for example, fifteen minute increments, or thirty second increments. Timer buttons **126** may also include a meter button **135**, which may be used to toggle between types or settings of meters and a time/date button **136**, which may toggle between setting the time and date settings.

FIG. **1**B also shows alarm selection buttons **127**, which may be used to select which of several alarms is activated in accordance with a timer. For example, alarm selection buttons **127** may include a single toggle button or several buttons to activate a sound or sounds, a vibration, or a light or flashing light in accordance with the time set. A button or buttons to adjust the loudness or pattern of the sound, or the duration or pattern of the light or flashing of the light may be included. The light may also be selected as a flashlight to illuminate the keys in poor lighting or darkness.

FIG. **1**B also shows mode selection buttons **128**, which may be used to change the display to a desired mode. Mode selection buttons **128** may include several buttons where each button is configured to cause a particular mode to be displayed, or only one button which is configured to toggle between modes each time it is pressed. Modes may be preset or user defined. For example, available modes may include, for example, clock mode, in which the current time may be set or displayed, parking mode, in which parking rules may be set, and/or timer mode, in which time may be counted up or down. Additionally, available modes may also include a certain collection of settings by a particular that may be stored, for example under the user's name or nickname, or by a number code, and accessed using the mode buttons.

Therefore, according to FIG. **1**B, a mode may be selected using the mode selection buttons **128**, for example, a stopwatch mode. In accordance with the selected mode, a time, such as 5:50 p.m., or a duration of time, such as ninety minutes, or a start time and finish time may be entered, using the meter timer buttons. At the expiration of the time entered, or when a certain time is reached on the clock, an alarm device is activated, causing a sound, vibration, or light pattern to occur.

FIG. **1**B shows a clock button **137** that may be used to select between clock settings. Clock settings may be include settings to show the time in standard format, or military format.

**9**

A world time zone selector may be a part of the clock settings, allowing time in different time zones to be displayed.

FIG. 1B also shows a timer setting button **140** that may be used to select between timer settings, a count button **141** to allow a time to be set and counted down, a sound button **142** that may be used to select between sound settings, a vibrate button **143** that may be used to select between vibration settings, and a strobe button **144** that may be used to select between strobe settings. Additionally, a flash light button **145** is shown that may be used to select between an on and an off setting of a light emitting device.

FIG. 1C shows another exemplary embodiment of the electronic timer device **100**. This exemplary embodiment includes calculator type buttons **150** arranged in the vicinity of display **151**. Additionally, timer, alarm, and mode buttons may be incorporated into the calculator type buttons as shown, or may be separately included in addition to the calculator type buttons.

FIG. 1C shows cover **152**, which may be secured to protect the underlying elements from wear and tear. Cover **152** may be, for example, a hinged cover or a sliding cover, and may be made of any suitable material, for example, plastic or rubber, which is clear or opaque and may include designs according to the user's preference. The cover may include several windows **154** or slots such that a portion of the buttons **150**, or one or more security code entry buttons **156**, are accessible even when the cover is closed. The cover may lock when closed in a manner that requires the user to type in a security code in order to activate a cover lock release. This code may be known only to the user, and may be changed by the user when desired, thereby provide security to prevent unauthorized users from using the electronic timer device **100**.

FIG. 1C also shows display area **151**, which may be made to display numerical information, other types of data. Camera **162** may be used to capture digital pictures or video feed, which may be stored and later played back through display **151**. Speaker **164** may be used in combination with the video capabilities to allow video conferencing. Radio tuner **166** may be provided to allow for radio stations to be played through speaker **164**. Headset attachments **165** may also be provided. Music files may also be stored and played through speaker **164**. Therefore, the electronic timer device **100** may be used to play computer games, which are stored or to which the electronic timer device **100** is connected through a wireless or telephone line connection.

FIG. 2A shows the front of another exemplary embodiment of electronic timer device **200**, including an outer housing **201**, which has been formed into a rectangular compartment into which an inner housing **202** is arranged so that it may slide into and out of outer housing **201**. Outer housing **201** may include windows and cutouts **203** so that various components of inner housing **202**, such as the light emitting device, may still be exposed when the inner housing **202** has been inserted into outer housing **201** in a closed position. As illustrated in FIG. 2A, the electronic timer device **200** includes a key ring. In place of the key ring, or in addition thereto, the electronic timer device **200** may include other attachment device(s), e.g., a clip, etc.

FIG. 2B shows the back of the exemplary embodiment of electronic timer device **200**, shown in FIG. 2A. Outer housing **201** may include windows and cutouts **203** so that various components of inner housing **202**, such as the light emitting device **205**, may still be exposed when the inner housing **202** has been inserted into outer housing **201** in a closed position. A rechargeable battery **210** and an interface **212** where the electronic timer device **200** may be charged by the base unit are shown.

**10**

FIG. **3** shows an exemplary embodiment of several menu display sequences. These display sequences may be stored in the memory device of the electronic timer device. Menu **301** shows various information items, or other menus that may be accessed at this menu level including parking and parking meter information **302**, alarm information **303**, oil change information **304**, inspection date information **305**, additional reminder information **306**, honing device controls **307**, phone bank information **308**, calendar setting information **309**, alarm setting information **310** and external device connection information **311**. The menus shown are exemplary, and other menu sequences and menu selections may be used.

When parking and parking meter information is selected, parking and parking meter information menu **302** is displayed in the display window. The selection within the parking and parking meter information menu **302** may be accessed by, for example, scrolling through the window display, pressing selected buttons to progress through the menu options, or pressing a toggle button to display the menu options according to successive presses. The parking and-parking meter information menu **302** allows the user to program the electronic timer device to store information regarding, for example, alternate side of the street parking, street names, dates and times. The days, and start and finish times may be entered by progressing through the menu options and an alarm type may also be selected from a menu of choices. Therefore, the user may be reminded of when to move the car to or from a parking space on a particular side of a particular street in accordance with alternate side of the street parking regulations, without the need to remember, thus the user may be able to avoid receiving a parking ticket.

The alarm menu **303** may be incorporated into the parking and parking meter information menu **302** sequence, or may be included in a separate sequence. The alarm menu **303** may allow the user to activate an alarm after an amount of time has passed, or when the clock time reaches a selected time. Therefore, when the user, for example, parks at a parking meter and inserts coins, which provide a certain amount of time to be displayed on the parking meter, the user may program the alarm to activate when the amount of time provided on the parking meter expires. The user may then select the type of alarm desired, for example, a sound, vibration and/or light sequence, according to the alarm settings. The electronic timer device may upon selection or automatically provide multiple alarm reminders to activate the alarm as the time approaches the alarm time set by the user, for example, when fifteen, ten, five, and, finally, zero minutes are left before activation of the alarm.

In addition, alarm menu **303** may allow the user to program reminders to be activated at other times and dates that are of significance to the user, for example birthdays, anniversaries, license or registration expiration or renewal dates, or reminders to pick up groceries, etc. The alarm menu **303** may allow, for example, up to fifty separate time and date entries to be stored, with various sound, vibration and/or light sequences to indicate the type of information. The alarm menu **303** may also allow the user to select from a choice of snooze or alarm delay capabilities.

The oil change information menu **304** may be used to program recurring reminders in accordance with a preferred schedule for changing oil. For example, the menu may provide a variety of time periods, one of which may be selected, for example, three months, such that an alarm or reminder is activated every three months, from an initial date, to indicate that the vehicle oil should be changed. Likewise, the inspection date information menu **305** may be used to program a date on which the last inspection occurred, and/or when a

**11**

future inspection is scheduled and/or a time period between inspections, and may automatically provide an alarm or reminder before the next scheduled inspection date and time, for example ten days and five days before. An additional reminder information menu **306** may be provided to program additional reminder information.

The honing device control menu **307** may be used to set the sound pattern that will be activated when a honing function is selected. There may be several types of honing functions, for example, one honing function may allow a user to locate a misplaced electronic timer device by pressing a button on the base unit. A sound emitting device in the electronic timer device will emit a sound allowing the user to locate the electronic timer device. The honing device control menu **307** may also be used in conjunction with other system accessories. For example, a sound activated emergency door unlocking signal may be programmed into the electronic timer device. The emergency door unlocking signal would be emitted by the electronic timer device in response to a certain combination of sounds being emitted in the vicinity of the electronic timer device. Therefore, if the user, for example, locked the car keys attached to the electronic timer device in the car, the user may tap on the outside of the car window in a manner that imitates a predetermined sound pattern. When the electronic timer device detects this predetermined sound pattern, the emergency door unlocking signal may be emitted by the electronic timer device. The vehicle manufacturer or other automotive professional may install a unit connected to the electronic door lock system of the vehicle, which responds to the emergency door unlocking signal by causing the door locking system to unlock the door(s). This may be implemented such that it does not override the car alarm system, which may then be reset by the user in the manner proscribed by the vehicle manufacturer or alarm system manufacturer.

The electronic timer device may also include a phone bank information menu **308** used to store phone numbers. A predetermined number of entries, for example, fifty entries may be entered using the keypad, and stored in a database, where they may be accessed when the user desires.

A calendar setting information menu **309** may be used to store information regarding the day and date, as well as reminders to activate the alarm before or on a certain date. The calendar may include day/date information for, for example, a time period of fifty years.

The alarm setting information menu **310** may be used to select how often automatic alarm reminders are activated during a selected time period before an alarm is activated. For example, automatic reminders may be set to activate a reminder signal, for example, five minutes before an event that has been scheduled to activate an alarm at a predetermined time, or at several preset time intervals. The alarm setting information menu **310** may include a sequence allowing the user to select a portion of a familiar song as an alarm, for example, a classical, jazz, or popular music selection. The alarm setting information menu **310** may also include a sequence allowing the user to download additional music choices and store them in a database, which is accessible through this menu. The alarm setting information menu **310** may also include a menu sequence that allows the user to toggle between vibrate modes or deselect the vibrating function altogether.

Alarm setting information menu **310** may also be provided to select between sensory alarms, such as alarms to detect aromas, vibrations, or sounds.

External device connection information menu **311** may allow a user to initialize and use information downloaded from or uploaded to an external device such as the base unit or

**12**

other compatible device. For example, a USB port may be controlled using this menu to receive additional alarm patterns, or songs, or additional software to update settings and functions of the electronic timer device.

Other additional information menus **312** may also be provided so that, for example, grocery lists, or personal notes may be entered.

FIG. **4** shows another exemplary embodiment of an electronic timer device **400** having a housing **401**. The housing **401** may include one or more quarter slots **402** in the form of grooves or indentations into which a quarter may be securely placed. A quarter slot **402** may be made to accommodate one quarter, several quarters, or other combinations of coin denominations or tokens.

Battery compartment **403** may accommodate a battery **404** and include a covering that may be opened in a hinged manner, or removed in order to access the battery **404**. The battery **404** may be of any suitable type to provide the power necessary to operate the electronic timer device **400**, including, for example, the light emitting device **405** and the sound emitting device **406**. The battery **404** may be of a rechargeable variety, or may simply be replaced when necessary. The battery **404** may be recharged by connecting a charging device, such as a power cord, to the battery **404** using charging port **407**, which may include a cover to protect the charging port when not in use. An automatic alarm may be activated in the electronic timer device **400** to indicate that the battery power is low, so that the user may change or recharge the battery **404** when necessary.

Memory card compartment **408** may accommodate a memory card **409**, which may store all the information so that any data entered will be stored even when the battery is discharged or removed. The memory card **409** may also include a microprocessor used to manage software used to run the electronic timer device **400** programs.

The external device connector compartment **410** may be configured as groove which will accommodate an arm attached at a hinged connecting point, so that the arm may swing into a closed position and an open position. The external device connector **411** may be, for example, a USB port connection device.

FIG. **5** shows an exemplary embodiment of an electronic timer device base unit **501**. The base unit **501** may be programmed simultaneously with the electronic timer device, or the devices may be synchronized at a later time if programming occurs separately. The housing **502** may include several attachments, such as a mounting attachment **503** so that it may be secured to a table top or a wall surface. An antenna **504** may be provided on the base unit **501** to allow the base unit **501** to transmit and receive information, for example, radio waves, to or from the electronic timer device, or another transmitter/receiver. The base unit **501** may also include a light emitting device **505**, sound emitting device or speaker **506**, external power source connection **507**, battery compartment **508**, and external device connection port **509**.

The base unit **501** may also include a display **510** that may display menu information a similar manner to the electronic timer device. Additionally, the base unit **501** may include a keypad **511** with similar buttons to those included in the electronic timer device. The keypad **511** may have calculator buttons **512**, mode selection buttons **513**, and time/date selection buttons **514**. The buttons may be provided so that they each perform multiple functions, so that the same button may enter a number into the display **510** when in a calculator mode and a letter into the display **510** when in a letter entry mode. Additionally, the button(s) may toggle between modes when pressed in a certain sequence, alone or in combination with

**13**

another button. Shortcut buttons **515** may be provided, for example, a mode selector button and an electronic timer device honing button, to facilitate use of the keypad.

The base unit **501** may also include a memory card **517**, and memory devices **518**, such as a ROM, RAM, and/or EPROM, as well as a microprocessor to control these devices. The base unit **501** may, therefore, perform the same functions as the electronic timer device, and may be programmed in the same manner as the electronic timer device. Therefore, the same data entry options and menu sequences may be accessed using the base unit **501** that may be accessed using the electronic timer device. This data may be entered into both the electronic timer device and the base unit **501** at once, when the devices are coupled, or they may be periodically synchronized, automatically, or when the user initializes a synchronization.

The base unit **501** may also include rechargeable slots **519**, where the electronic timer device may be placed in a manner such that the battery of the electronic timer device may be recharged. There may be several sets of rechargeable slots **519**, so that more than one electronic timer device may be recharged at once. Electronic timer devices may be purchased in groups so that each user of the vehicle has an electronic timer device for his or her own personal use.

The base unit **501** may communicate with other accessories to the system. For example, a personal device honing button **520** may be provided. Personal device honing button **520** maybe used in conjunction with honing device **521** which is attachable to, for example, an eyeglass frame or other personal object. When the user presses honing device button **520**, an audible or visual alarm device **522** is activated in honing device **521** so that the user may locate the object to which the honing device **521** is attached.

The base unit **501** may also include other features, such as a clock, and an alarm clock setting.

The base unit **501** and/or the electronic timer device **100** may be connectable, e.g., wirelessly, by radio signal, telephone signal, computer signal, etc., to a remote time server, e.g., an atomic time server or service, to automatically, e.g., selectively and/or periodically, set the date and/or time. The base unit **501** and/or the electronic timer device **100** may be configured to communicate with each other and/or with other devices via, e.g., a wireless communications link, e.g., BLUETOOTH, etc.

FIG. **6** shows another example embodiment of an electronic timer device. The housing **600** may be formed with two section connected by, for example, a friction hinge, such that a bottom section **604** lays flat and supports a top section **601**, which is positioned upright. Alternatively, the housing may be made of a sturdy but flexible material, which will stay fixed after being positioned. Section **601** may include decorative features **603** such as words or drawings to identify the electronic timer device.

A display surface **605** may display include an numbers and letters and include mechanical virtual or touch screen buttons **607**, or conventional buttons may be in the vicinity of the display surface. The display **605** may include several sections to display information. For example display section **609** may display the days of the week, with special markings or colors to indicate which days are associated with an alarm setting. Display section **610** may show the time, day and date for easy reference. Display section **611** may display buttons related to car care, such as buttons to set reminders regarding oil changes, transmission maintenance, license and registration renewal, car related payments, and other maintenance reminders.

**14**

Section **601** also includes light emitting devices **612** and speaker **613** to emit light and/or sound in response to setting changes and alarm settings. A menu button and menu arrows **615** may be used to navigate the electronic timer device menus and other buttons are provided such as meter set button **616**, alarm off button **617**, and alarm demo button **618**.

The electronic timer device may include a microphone for recording, e.g., a personal alarm, message, etc., to be played, for example, on a regularly scheduled basis, at a set date and time, etc.

FIG. **7** shows an exemplary embodiment of an electronic timer device. Housing **700** includes a light emitting device **702** and scrolling electronic display **701**, which scrolls menu information and messages. For example, when an alarm is activated a message may be displayed in scrolling electronic display **701** with instructions related to that alarm. Row **705** of buttons includes a set button and buttons used for entering alternate side of the street parking information. Row **706** of buttons includes a set button and buttons used for entering information regarding vehicle maintenance. Time set buttons **707** with a set button, buttons for entering the hour and minute, and up and down arrow buttons, as well as date set buttons **708** with a set button, buttons for entering the month, day and year, and up and down arrow buttons are also shown. Alarm set buttons **710** including an off button, buttons to select various alarm choices, such as, voice, music, bell, siren, and strobe are also shown, as well as volume set buttons **712** and a speaker **713**. A decorative design is shown. at **714**.

Instead of entering data relating to a selected parking location at which a vehicle is to be parked into the electronic timer device to access stored information relating to the parking regulations associated with the selected parking location, the electronic timer device can have means for accessing a positioning system (e.g., GPS) to determine the location of the vehicle and the selected parking location and the stored data relating to the parking regulations associated with the selected parking location can be accessed in response to the vehicle location determination made from the positioning system. For example, the electronic timer device **200** of FIG. 2B can include an antenna **206** and a transmitter/receiver unit **207**, generally similar to ones installed in vehicles at the present time, for communicating with a global positioning system (GPS) **208**. After the location of the vehicle and the selected parking have been determined, the accessed data relating to the parking regulations associated with the selected parking location can be processed to determine if parking the vehicle at the selected parking location for the period of time that the vehicle is to be parked at the selected parking location is permitted and when the period of time that the vehicle is permitted to be parked at the selected parking location will expire.

Instead of storing data relating to the parking regulations associated with the parking location at which a vehicle is to be parked in the electronic timer device, the data relating to the parking regulations can be stored at a remote location that is accessed by the electronic timer device when a selected parking location at which a vehicle is to be parked is entered in the electronic timer device, along with entry of the day of the week that the vehicle is to be parked at the selected parking location, the time of the day that the vehicle is to be parked at the selected parking location, and the period of time that the vehicle is to be parked at the selected parking location. FIG. 1A shows the electronic timer device **100** having an antenna **108** that allows the electronic timer device, having a conventional transmitter/receiver, to transmit to a transmitter/receiver **109** at a remote location signals that access a data base at the remote location for the parking regulations associated

**15**

with the parking location at which a vehicle is to be parked and to receive the accessed information transmitted from the remote location. Then the entered data relating to the day of the week, the time of the day, and the period of time that the vehicle is to be parked at the selected parking location is processed with the accessed data relating to the parking regulations associated with the selected parking location to determine if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted; and when the period of time that a vehicle is permitted to be parked at the selected parking location will expire.

Rather than entering into the electronic timer device data relating to a selected parking location and the day of the week and the time of the day that the vehicle is to be parked at the selected parking location, the electronic timer device can include both a calendar/clock that continuously provides data relating to the day of the week and the time of the day and, as indicated above, means for accessing a positioning system (e.g., GPS) to determine the location of the vehicle and the selected parking location at which the vehicle is being parked. The data relating to the parking regulations associated with the selected parking location stored at the remote location can be accessed in response to the vehicle location determination made from the positioning system and the accessed data relating to the parking regulations associated with the selected parking location then can be processed with the data relating to the day of the week and the time of the day provided by the calendar/clock and the entered data relating the period of time that the vehicle is to be parked at the selected parking location to determine if parking the vehicle at the selected parking location is permitted and when the period of time that the vehicle is permitted to be parked at the selected parking location will expire.

As illustrated in FIG. **1**A, electronic timer device **100** can include a sonar transducer **111** for transmitting signals from a first point, such as a fire hydrant, to a target at a second point, such as an end of a vehicle, and for receiving reflections from the target. Conventional circuitry, in the electronic timer device, is the source of the transmitted signals and serves to process the reflections to determine the distance between the first point and the target. Data representative of the distance determination is entered in the electronic timer device and processed against a relevant parking regulation, such as the minimum distance that a vehicle must be spaced from a fire hydrant, in the same manner that other entered data is processed against relevant parking regulations to determine if parking the vehicle at the selected parking location is permitted.

Although the invention is illustrated and described herein with reference to specific embodiments, the invention is not intended to be limited to the details shown. Rather, various modifications may be made in the details within the scope and range of equivalents of the claims and without departing from the invention.

What is claimed is:

**1**. A vehicle parking assistance electronic timer system comprising:

data storage means for storing sets of data relating to:

(a) parking locations at which a vehicle is to be parked, and

(b) predetermined parking regulations, individually associated with the parking locations, that govern at least one of:

(1) the days of the week and the times of the day during which the parking of vehicles is permitted at the associated parking locations, and

**16**

(2) the days of the week and the times of the day during which the parking of vehicles is not permitted at the associated parking locations;

data entry means for entering data relating to:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location, and

(d) the period of time that a vehicle is to be parked at the selected parking location;

means for:

(a) accessing from the data storage means, in response to the entered data relating to the selected parking location, the stored data relating to the parking regulations associated with the selected parking location, and

(b) processing:

(1) the entered data relating to the day of the week that a vehicle is to be parked at the selected parking location,

(2) the entered data relating to the time of the day that a vehicle is to be parked at the selected parking location, and

(3) the entered data relating to the period of time that a vehicle is to be parked at the selected parking location

with the accessed data relating to the parking regulations associated with the selected parking location to determine:

(1) if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted, and

(2) when the period of time that a vehicle is permitted to be parked at the selected parking location will expire;

display means for displaying information relating to at least one of:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location,

(d) the period of time that a vehicle is to be parked at the selected parking location, and

(e) the parking regulations associated with the selected location.

**2**. A vehicle parking assistance electronic timer system according to claim **1** further including:

(a) a transmitter/receiver for:

(1) receiving signals transmitted from a remote location to control the entry of data by the data entry means, and

(2) transmitting signals to the remote location to notify a user that the permitted parking will expire in a predetermined period of time, and

(b) a remote controller for:

(1) transmitting the signals from the remote location that control the entry of data by the data entry means, and

(2) receiving the signals at the remote location that notify a user that the permitted parking will expire in a predetermined period of time.

**3**. A method of determining that the parking of a vehicle at a selected parking location at a selected time is permitted, the method comprising the steps of:

**17**

providing a vehicle parking assistance unit having:

(a) data storage means,

(b) data entry means, and

(c) display means;

storing in the data storage means sets of data relating to:

(a) parking locations at which a vehicle is to be parked, and

(b) predetermined parking regulations, individually associated with the parking locations, that govern at least one of

    (1) the days of the week and the times of the day during which the parking of vehicles is permitted at the associated parking locations, and

    (2) the days of the week and the times of the day during which the parking of vehicles is not permitted at the associated parking locations;

entering in the data entry means data relating to:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location, and

(d) the period of time that a vehicle is to be parked at the selected parking location;

accessing from the data storage means, in response to the entered data relating to the selected parking location, the stored data relating to the parking regulations associated with the selected parking location;

processing:

(a) the entered data relating to the day of the week that a vehicle is to be parked at the selected parking location,

(b) the entered data relating to the time of the day that a vehicle is to be parked at the selected parking location, and

(c) the entered data relating to the period of time that a vehicle is to be parked at the selected parking location

with the accessed data relating to the parking regulations associated with the selected parking location to determine:

(a) if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted, and

(b) when the period of time that a vehicle is permitted to be parked at the selected parking location will expire; and

displaying information relating to at least one of:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location,

(d) the period of time that a vehicle is to be parked at the selected parking location; and

(e) the parking regulations associated with the selected location.

**4**. A vehicle parking assistance electronic timer system comprising:

data storage means for storing sets of data relating to:

(a) parking locations at which a vehicle is to be parked, and

(b) predetermined parking regulations, individually associated with the parking locations, that govern at least one of:

    (1) the days of the week and the times of the day during which the parking of vehicles is permitted at the associated parking locations,

    (2) the days of the week and the times of the day during which the parking of vehicles is not permitted at the associated parking locations,

**18**

    (3) the types of vehicles permitted to park at the associated parking locations, and

    (4) the types of vehicles not permitted to park at the associated parking locations;

data entry means for entering data relating to:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location, and

(d) the period of time that a vehicle is to be parked at the selected parking location; and

means for:

(a) accessing from the data storage means, in response to the entered data relating to the selected parking location, the stored data relating to the parking regulations associated with the selected parking location, and

(b) processing:

    (1) the entered data relating to the day of the week that a vehicle is to be parked at the selected parking location,

    (2) the entered data relating to the time of the day that a vehicle is to be parked at the selected parking location, and

    (3) the entered data relating to the period of time that a vehicle is to be parked at the selected parking location

    with the accessed data relating to the parking regulations associated with the selected parking location to determine:

    (1) if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted, and

    (2) when the period of time that a vehicle is permitted to be parked at the selected parking location will expire.

**5**. A vehicle parking assistance electronic timer system comprising:

data storage means for storing sets of data relating to:

(a) parking locations at which a vehicle is to be parked, and

(b) predetermined parking regulations, individually associated with the parking locations, that govern at least one of:

    (1) the days of the week and the times of the day during which the parking of vehicles is permitted at the associated parking locations, and

    (2) the days of the week and the times of the day during which the parking of vehicles is not permitted at the associated parking locations;

data entry means for entering data relating to:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location, and

(c) the time of the day that a vehicle is to be parked at the selected parking location;

means for:

(a) accessing from the data storage means, in response to the entered data relating to the selected parking location, the stored data relating to the parking regulations associated with the selected parking location, and

(b) processing:

    (1) the entered data relating to the day of the week that a vehicle is to be parked at the selected parking location,

    (2) the entered data relating to the time of the day that a vehicle is to be parked at the selected parking location, and

    (3) the entered data relating to the period of time that a vehicle is to be parked at the selected parking location

**19**

with the accessed data relating to the parking regulations associated with the selected parking location to determine:

(1) if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted, and

(2) when the period of time that a vehicle is to be parked at the selected parking location will expire; and

display means for displaying information relating to at least one of:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location, and

(d) the parking regulations associated with the selected location.

**6**. A vehicle parking assistance electronic timer system comprising:

data storage means for storing sets of data relating to:

(a) parking locations at which a vehicle is to be parked, and

(b) predetermined parking regulations, individually associated with the parking locations, that govern at least one of:

(1) the days of the week and the times of the day during which the parking of vehicles is permitted at the associated parking locations, and

(2) the days of the week and the times of the day during which the parking of vehicles is not permitted at the associated parking locations;

vehicle locating means for determining, from a positioning system, the location of a vehicle and the selected parking location at which the vehicle is being parked;

means responsive to the vehicle locating means for:

(a) accessing from the data storage means stored data relating to the parking regulations associated with the selected parking location, and

(b) processing the accessed data relating to the parking regulations associated with the selected parking location to determine:

(1) if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted, and

(2) when the period of time that a vehicle is permitted to be parked at the selected parking location will expire; and

display means for displaying information relating to at least one of:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location,

(d) the period of time that a vehicle is to be parked at the selected parking location, and

(e) the parking regulations associated with the selected location.

**7**. A vehicle parking assistance electronic timer system comprising:

data entry means for entering data relating to:

(a) a selected parking location at which a vehicle is to be parked,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location, and

**20**

(d) the period of time that a vehicle is to be parked at the selected parking location;

means responsive to the entered data relating to a selected parking location at which a vehicle is to be parked for accessing, from a remotely located storage having stored sets of data relating to:

(a) parking locations at which a vehicle is to be parked, and

(b) predetermined parking regulations, individually associated with the parking locations, that govern at least one of:

(1) the days of the week and the times of the day during which the parking of vehicles is permitted at the associated parking locations, and

(2) the days of the week and the times of the day during which the parking of vehicles is not permitted at the associated parking regulations,

data relating to the parking regulations of the selected parking location; and

means responsive to:

(a) the entered data relating to the day of the week that a vehicle is to be parked at the selected parking location,

(b) the entered data relating to the time of the day that a vehicle is to be parked at the selected parking location,

(c) the entered data relating to the period of time that a vehicle is to be parked at the selected parking location, and

(d) the accessed data relating to the parking regulations of the selected parking location

for processing the entered data with the accessed data to determine:

(a) if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted and

(b) when the period of time that a vehicle is permitted to be parked at the selected parking location will expire.

**8**. A vehicle parking assistance electronic timer system according to claim **7** further including display means for displaying information relating to at least one of:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location,

(d) the period of time that a vehicle is to be parked at the selected parking location, and

(e) the parking regulations associated with the selected location.

**9**. A vehicle parking assistance electronic timer system according to claim **1** further including means for measuring a distance and:

(a) said data entry means enter data relating to the measured distance,

(b) said data storage means store data relating to parking regulations having distance as a factor, and

(c) said accessing and processing means:

(1) access from the data storage means, in response to the entered data relating to the measured distance, the stored data relating to the parking regulations having distance as a factor, and

(2) process the entered data relating to the measured distance with the accessed data relating to the parking regulations having distance as a factor to determine if parking a vehicle at the selected parking location is permitted.

US 7,839,302 B2

**21**

**10**. A vehicle parking assistance electronic timer system comprising:

data storage means for storing sets of data relating to:

(a) parking locations at which a vehicle is to be parked, and

(b) predetermined parking regulations, individually associated with the parking locations, that govern at least one of:

    (1) the days of the week and the times of the day during which the parking of vehicles is permitted at the associated parking locations, and

    (2) the days of the week and the times of the day during which the parking of vehicles is not permitted at the associated parking locations;

data entry means for entering data relating to:

(a) a selected one of the stored parking locations,

(b) the day of the week that a vehicle is to be parked at the selected parking location,

(c) the time of the day that a vehicle is to be parked at the selected parking location, and

(d) the period of time that a vehicle is to be parked at the selected parking location; and

means for:

(a) accessing from the data storage means, in response to the entered data relating to the selected parking location, the stored data relating to the parking regulations associated with the selected parking location, and

(b) processing:

    (1) the entered data relating to the day of the week that a vehicle is to be parked at the selected parking location,

    (2) the entered data relating to the time of the day that a vehicle is to be parked at the selected parking location, and

    (3) the entered data relating to the period of time that a vehicle is to be parked at the selected parking location

    with the accessed data relating to the parking regulations associated with the selected parking location to determine:

    (1) if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted, and

    (2) when the period of time that a vehicle is permitted to be parked at the selected parking location will expire.

**22**

**11**. A vehicle parking assistance electronic timer system according to claim **10** further including:

(a) a transmitter/receiver for:

    (1) receiving signals transmitted from a remote location to control the entry of data by the data entry means, and

    (2) transmitting signals to the remote location to notify a user that the permitted parking will expire in a predetermined period of time, and

(b) a remote controller for:

    (1) transmitting the signals from the remote location that control the entry of data by the data entry means, and

    (2) receiving the signals at the remote location that notify a user that the permitted parking will expire in a predetermined period of time.

**12**. A vehicle parking assistance electronic timer system comprising:

vehicle locating means for determining, from a positioning system, the location of a vehicle and a selected parking location at which the vehicle is being parked;

means responsive to said vehicle locating means for:

(a) accessing, from a remotely located storage having stored sets of data relating to:

    (1) parking locations at which a vehicle is to be parked, and

    (2) predetermining parking regulations, individually associated with the parking locations that govern at least one of:

        (i) the days of the week and the times of the day during which the parking of vehicles is permitted at the associated parking locations, and

        (ii) the days of the week and the times of the day during which the parking of vehicles is not permitted at the associated parking regulations,

    data relating to the parking regulations of the selected parking location;

(b) processing the data relating to the determined vehicle location with the accessed data to determine:

    (1) if parking a vehicle at the selected parking location for the period of time that a vehicle is to be parked at the selected parking location is permitted and

    (2) when the period of time that a vehicle is permitted to be parked at the selected parking location will expire.

\*   \*   \*   \*   \*