

# United States District Court
# Eastern District of California

RanaVerde Tech Initiative, LLC

Plaintiff(s)

V.

City of Sacramento

Defendant(s)

Case Number: 22-cv-01363

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ryan D. Dykal hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

defendant City of Sacramento

On 09/17/2008 (date), I was admitted to practice and presently in good standing in the

Supreme Court of Missouri (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 11/07/2022         Signature of Applicant: /s/ Ryan D. Dykal

**Pro Hac Vice Attorney**

Applicant's Name: Ryan D. Dykal

Law Firm Name: Shook, Hardy & Bacon L.L.P.

Address: 2555 Grand Blvd.

City: Kansas City     State: MO     Zip: 64108

Phone Number w/Area Code: (816) 474-6550

City and State of Residence: Fairway, Kansas

Primary E-mail Address: rdykal@shb.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mayela C. Montenegro-Urch

Law Firm Name: Shook, Hardy & Bacon L.L.P.

Address: Jamboree Center

5 Park Plaza, Suite 1600

City: Irvine     State: CA     Zip: 92614

Phone Number w/Area Code: (949) 475-1500     Bar # 304471

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 15, 2022

CHIEF UNITED STATES DISTRICT JUDGE

# *The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/17/2008,

## *Ryan David Dykal*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 21st day of October, 2022.

Clerk of the Supreme Court of Missouri